**Opinion issued May 20, 2025**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-24-00984-CV

———————————

**MARLENE J. SARRES AND GERSON SOSA, Appellants**

**V.**

**MICHAEL C. HOWARD AND CHRIS DIFERRANTE, Appellees**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1238172**

---

## MEMORANDUM OPINION

Appellants Marlene J. Sarres and Gerson Sosa have appealed from a final judgment awarding possession of certain property to appellees Michael C. Howard and Chris DiFerrante and awarding attorney's fees. Appellees filed a motion to

dismiss, asserting that appellants have not paid the filing fee, failed to file a complete appellate record, and failed to file a docketing statement.[1]

In this case, appellants have neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellants failed to respond to the Court's notice of January 7, 2025 stating that, should appellant not pay the fee, the appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). Accordingly, we grant appellees' motion to dismiss on the ground that appellants have not paid the filing fee after notice.

We dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] Appellants filed a clerk's record but failed to file a reporter's record. The Texas Rules of Appellate Procedure do not provide for dismissal of an appeal for failure to file a reporter's record or a docketing statement.